IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-00384-JLK**

**STEVEN H. GLAESER**,

    Plaintiff,

v.

**ACADEMY SCHOOL DISTRICT 20, KATHLEEN A. CRUME, HEIDI V. PACE, SIERRA MARCELLA PETERS, JEFF PETERS, CAROL PETERS and JANE DOES #1 THROUGH 10 AND JOHN DOES #1 THROUGH 5,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Peters Defendants' Motion for Joinder in District 20's Motion for Protective Order (doc. #69), filed July 21, 2005, is GRANTED. The Court will consider the District's Motion upon receipt of Plaintiff's Response to it.

Dated: July 26, 2005