IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **01-cv-00384-JLK (CBS)**

**STEVEN H. GLAESER**,

    Plaintiff,

v.

**ACADEMY SCHOOL DISTRICT 20, KATHLEEN A. CRUME, HEIDI V. PACE, SIERRA MARCELLA PETERS, JEFF PETERS, CAROL PETERS and JANE DOES #1 THROUGH 10 AND JOHN DOES #1 THROUGH 5,**

    Defendants.

**ORDER**

**Kane, J.**

Upon careful consideration of the arguments for and against the relief sought in Defendant Academy School District Motion for Protective Order (Doc. No. 65) and Plaintiff Glaeser's Motions to Reopen Discovery and for "Protective Order" (Docs. 82 & 80) IT IS ORDERED THAT

1. Defendant's Motion for Protective Order (Doc. 65) is GRANTED. Plaintiff has failed to establish good cause for failing timely to serve his first set of written discovery on Defendants and, given the protracted course of this litigation and numerous courtesies and extensions already afforded Plaintiff, has failed to demonstrate that he acted diligently to participate in and serve his discovery as would justify yet another

extension of a deadline in this case. Despite several representations indicating an awareness of the June 22, 2005, discovery cutoff date, Plaintiff nevertheless waited until June 22, 2005, to *serve* Defendants with his first set of written discovery.

2. Plaintiff's August 5, 2005 Motion to Reopen Discovery (Doc. 82) and and Request for Protective Order (contained in "Proposed Order" docketed as Doc. No. 80) are DENIED. Plaintiff's vague assertion that Defendant Sierra Peters's attorney raised "issues" related to her "background" during the course of Plaintiff's June deposition is insufficient to constitute cause, let alone "good cause," to reopen discovery. Plaintiff had seven months in which to depose or otherwise issue written discovery to the Peters in this case but failed to do so.

Dated: August 23, 2005

BY THE COURT:

  **s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE