IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-00384-JLK**

**STEVEN H. GLAESER**,

 Plaintiff,

v.

**ACADEMY SCHOOL DISTRICT 20, KATHLEEN A. CRUME, HEIDI V. PACE, SIERRA MARCELLA PETERS, JEFF PETERS, CAROL PETERS and JANE DOES #1 THROUGH 10 AND JOHN DOES #1 THROUGH 5,**

 Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

 Plaintiff's Motion to Strike Qualified Immunity Defense of Defendants Crume and Pace (Doc. 90) will be treated as a supplemental response to Defendants' Renewed Supplemental Motion for Summary Judgment (Doc. 72) and considered in Court's ruling on that Motion, if appropriate. To the extent the Motion to Strike seeks any other relief, it is DENIED.

Dated: October 11, 2005