IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-00384-JLK**

**STEVEN H. GLAESER**,

Plaintiff,

v.

**ACADEMY SCHOOL DISTRICT 20, KATHLEEN A. CRUME, HEIDI V. PACE, SIERRA MARCELLA PETERS, JEFF PETERS, CAROL PETERS and JANE DOES #1 THROUGH 10 AND JOHN DOES #1 THROUGH 5,**

Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Withdraw as Counsel of Record (doc. #95), filed December 16, 2005 is **GRANTED**.  Matthew E. Willis is permitted to withdraw as attorney of record for Defendant Academy School District 20.

Dated:  December 19, 2005