IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-384-JLK**

**STEVEN H. GLAESER**,

    Plaintiff,

v.

**SIERRA MARCELLA PETERS,**

    Defendants.

---

**ORDER OF DISMISSAL**

---

Kane, J.

Pursuant to the Stipulation for Dismissal with Prejudice (doc. #119), filed July 5, 2006, it is

ORDERED that this case is dismissed with prejudice, each party to pay their own costs and attorney fees. The Motion for Attorney Fees (doc. #104), filed March 20, 2006, is deemed withdrawn. All deadlines, hearings and trial dates are vacated.

Dated at Denver, Colorado, this 6th day of July, 2006.

    BY THE COURT:

    s/John L. Kane
    JOHN L. KANE, SENIOR JUDGE
    UNITED STATES DISTRICT COURT